**08 CR 341**

**JUDGE SHADUR**
**MAGISTRATE JUDGE NOLAN**



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO _X_ YES ___

6) What level of offense is this indictment or information? FELONY _X_ MISDEMEANOR ___

7) Does this indictment or information involve eight or more defendants? NO _X_ YES ___

8) Does this indictment or information include a conspiracy count? NO _X_ YES ___

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | | |
|---|---|---|---|
| ☐ Homicide (II) | ☐ Income Tax Fraud (II) | ☐ DAPCA Controlled Substances (III) | |
| ☐ Criminal Antitrust (II) | ☐ Postal Fraud (II) | ☐ Miscellaneous General Offenses (IV) | |
| ☐ Bank robbery (II) | ☒ Other Fraud (III) | ☐ Immigration Laws (IV) | |
| ☐ Post Office Robbery (II) | ☐ Auto Theft (IV) | ☐ Liquor, Internal Revenue Laws (IV) | |
| ☐ Other Robbery (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws (IV) | |
| ☐ Assault (III) | ☐ Forgery (III) | ☐ Motor Carrier Act (IV) | |
| ☐ Burglary (IV) | ☐ Counterfeiting (III) | ☐ Selective Service Act (IV) | |
| ☐ Larceny and Theft (IV) | ☐ Sex Offenses (II) | ☐ Obscene Mail (III) | |
| ☐ Postal Embezzlement (IV) | ☐ DAPCA Marijuana (III) | ☐ Other Federal Statutes (III) | |
| ☐ Other Embezzlement (III) | ☐ DAPCA Narcotics (III) | ☐ Transfer of Probation Jurisdiction (V) | |

10) List the statute of each of the offenses charged in the indictment or information.

**Title 8, United States Code, Section 1343**

**FILED**
APR 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
**J. GREGORY DEIS**
**Assistant United States Attorney**