# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 341 | **DATE** | 5/5/2008 |
| **CASE TITLE** | USA vs. Loris Young | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all charges. Compliance with LR16.1 to be completed by May 19, 2008. Defense motions are due May 27, 2008. Government's response is due June 4, 2008. A status hearing is set for June 11, 2008 at 1:00 p.m. Bond set at $4,500 OR. Kerry Ambrosio is appointed to represent defendant. This Court finds that the time beginning today through June 11, 2008 is excludable under 18:3161(h)(1) of the Speedy Trial act and the Tibboel case. (XE)

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | SN |
|---|---|---|