CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

FILED
MAY 0 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: USA v.s. Young    FOR ___    AT ___

PERSON REPRESENTED (Show your full name): **Loris Young**

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: ___
District Court: **08 CR 341**
Court of Appeals: ___

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment / How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☐ No  **N/A**
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED **Approximately $10,000**   SOURCES **SSI**

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No   IF YES, state total amount $ **$4.00**

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ **Maybe $200,000**   DESCRIPTION **House, jointly owned w/ son. Mortgage $135,000.**

**DEPENDENTS** — MARITAL STATUS: ☒ Widowed (Single / Married / Separated or Divorced)   Total No. of Dependents: **1**
List persons you actually support and your relationship to them: ___

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Mortgage | | $130,000 | $400 |
| Utilities | | $ | $200 |
| Medical expenses | | $ | $20 |
| Credit Cards | | $1,000 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **May 5, 2008**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Loris Young*