UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 CR 341 |
| | ) | |
| LORIS YOUNG, | ) | Judge Milton I. Shadur |
| also known as Lois Young | ) | |

**APPLICATION FOR ORDER TO DISCLOSE TAX
RETURNS AND RETURN INFORMATION AT TRIAL**

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to 26 U.S.C. § 6103(i)(4)(A)(i)-(ii), makes application to the Court for an order, authorizing the government to disclose tax returns and return information of:

LOIS YOUNG,

which tax returns and return information are described as:

Forms 1040 and attachments for tax years 2000-2006.

In support of his application, applicant avers the following:

(1) Defendant has been indicted for violations of 18 U.S.C. § 1343, arising out of a scheme to defraud the Social Security Administration of disability benefits;

(2) The above-described tax returns and return information are probative of a matter in issue relevant to establishing the commission of the crime charged in that the above-described tax returns reflect the defendant's employment and income during tax years 2000-2006, which may show that the defendant was not entitled to receive disability benefits from the Social Security Administration; and

(3) The above described returns are discoverable under Fed. R. Crim. Pr. 16.

WHEREFORE, applicant prays the Court enter an order on this application authorizing disclosure by the Government of the tax returns and return information specified herein.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   /s/ J. Gregory Deis
        **J. GREGORY DEIS**
        Assistant United States Attorney
        219 South Dearborn Street, 5th Floor
        Chicago, IL  60604
        (312) 886-7625

Date:  May 16, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 CR 341 |
| | ) | |
| LORIS YOUNG, | ) | Judge Milton I. Shadur |
| also known as Lois Young | ) | |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**APPLICATION FOR ORDER TO DISCLOSE TAX
RETURNS AND RETURN INFORMATION AT TRIAL**

was served on **May 16, 2008**, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Respectfully submitted.

PATRICK J. FITZGERALD
United States Attorney

By:  /s/ J. Gregory Deis
**J. GREGORY DEIS**
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL  60604
(312) 886-7625

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 CR 341 |
| | ) | |
| LORIS YOUNG, | ) | Judge Milton I. Shadur |
| also known as Lois Young | ) | |

**ORDER FOR DISCLOSURE OF TAX**
**RETURNS AND RETURN INFORMATION**

On this ___ day of _____, 2008, upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. § 6103(i)(4)(A)(i) and (ii) to disclose tax returns and return information of:

LOIS YOUNG,

which tax returns and return information are described as:

Forms 1040 and attachments for tax years 2000-2006, as part of discovery and at the trial, in which LORIS YOUNG a/k/a Lois Young is a named defendant, and after examining the application, this Court FINDS:

(1)    There is reasonable cause to believe, based upon information believed to be reliable, that such tax return(s) and taxpayer information are probative of a matter in issue relevant to establishing the commission of the crime of wire fraud, in violation of 18 U.S.C. § 1343, in that the above-described tax returns reflect the defendant's employment and income during tax years 2000-2006, which may show that the defendant was not entitled to receive disability benefits from the Social Security Administration; and (2) are discoverable as defendant's statements under Fed. R. Crim. P. 16.

IT IS THEREFORE ORDERED that the Government may disclose such tax returns and return information of:

LOIS YOUNG,

which tax returns and return information are described as:

Forms 1040 and attachments for tax years 2000-2006,

during discovery and at the trial of such case or any related judicial proceeding.

No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 (i)(4).

_____
**JUDGE MILTON I. SHADUR**


Dated: May ____, 2008

3