UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 CR 341 |
| | ) | |
| LORIS YOUNG, | ) | Judge Milton I. Shadur |
| also known as Lois Young | ) | |

## NOTICE OF MOTION

**To:**  Keri Ambrosio, Esq.
**LAW OFFICES OF KERI AMBROSIO**
53 West Jackson Boulevard, Suite 1627
Chicago, IL 60404

**PLEASE TAKE NOTICE** that on **Wednesday**, **May 21, 2008**, at **9:15 a.m.** or as soon thereafter as counsel may be heard, I will appear before **Judge Milton I. Shadur** in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and then and there present *APPLICATION FOR ORDER TO DISCLOSE TAX RETURNS AND RETURN INFORMATION AT TRIAL*, at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ J. Gregory Deis
**J. GREGORY DEIS**
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL  60604
(312) 886-7625

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 CR 341 |
| | ) | |
| LORIS YOUNG, | ) | Judge Milton I. Shadur |
| also known as Lois Young | ) | |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

## NOTICE OF MOTION

was served on **May 16, 2008**, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

    Respectfully submitted.

    PATRICK J. FITZGERALD
    United States Attorney

By:   /s/ J. Gregory Deis
    **J. GREGORY DEIS**
    Assistant United States Attorney
    219 South Dearborn Street, 5th Floor
    Chicago, IL  60604
    (312) 886-7625