

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 341 | **DATE** | 5/21/2008 |
| **CASE TITLE** | USA vs. Loris Young | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Government motion for an order to disclose tax returns is granted. (9-1) Enter Order for Disclosure of Tax Returns and Return Information.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SN |
|---|---|---|