MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                      )<br>)<br>LORIS YOUNG,             )<br>also known as Lois Young )  | No. 08 CR 341<br><br>Judge Milton I. Shadur |

**ORDER FOR DISCLOSURE OF TAX
RETURNS AND RETURN INFORMATION**

On this 21st day of May, 2008, upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. § 6103(i)(4)(A)(i) and (ii) to disclose tax returns and return information of:

LOIS YOUNG,

which tax returns and return information are described as:

Forms 1040 and attachments for tax years 2000-2006, as part of discovery and at the trial, in which LORIS YOUNG a/k/a Lois Young is a named defendant, and after examining the application, this Court FINDS:

(1) There is reasonable cause to believe, based upon information believed to be reliable, that such tax return(s) and taxpayer information are probative of a matter in issue relevant to establishing the commission of the crime of wire fraud, in violation of 18 U.S.C. § 1343, in that the above-described tax returns reflect the defendant's employment and income during tax years 2000-2006, which may show that the defendant was not entitled to receive disability benefits from the Social Security Administration; and (2) are discoverable as defendant's statements under Fed. R. Crim. P. 16.

IT IS THEREFORE ORDERED that the Government may disclose such tax returns and return information of:

LOIS YOUNG,

which tax returns and return information are described as:

Forms 1040 and attachments for tax years 2000-2006,

during discovery and at the trial of such case or any related judicial proceeding.

No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 (i)(4).

_____
JUDGE MILTON I. SHADUR

Dated: May 21, 2008

3