UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                               Case No.: 1:08−cr−00341
                                                Honorable Milton I. Shadur

Loris Young

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 6/17/2008. Defendant is granted permission to travel to the District of Columbia for a church function between June 18 and June 23, 2008. Defendant is to apprise pretrial services of her travel arrangements. Status hearing set for 7/25/2008 at 01:15 PM. Defense motions are to be filed on or before July 8, 2008. Government's response is due July 18, 2008. Time is excludable from June 12 through July 25 under 18:3161(h)(1) and the Tibboel case. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.