```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION
```

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )
      v.                          )     No.  08 CR 341
                                  )
LORIS YOUNG,                      )
                                  )
            Defendant.            )

## MEMORANDUM

This Court has just received, approved and sent on to Chief Judge Easterbrook for his approval the most recent request by Dr. Bernard Rubin covering the psychiatric services that he has been providing to defendant Loris Young ("Young") over an extraordinarily lengthy period of time.  This case, now scheduled for its next status hearing on June 28, has passed its third anniversary--still with no prospect in sight for a finding that Young is sufficiently competent to elect either to plead guilty or to go to trial.

This Court has made it clear on a number of occasions that it sees no justification for the continued expenditure of government resources and government funds (the latter including Criminal Justice Act payments to Young's federal defender as well as to Dr. Rubin, a highly qualified psychiatrist) under these circumstances.  This memorandum is being issued in advance of the June 28 status hearing date in the hope that the matter may be considered in the United States Attorney's Office in the interim

to see whether the case might be treated as an exceptional one permitting a voluntary dismissal.[1]

_____
Milton I. Shadur
Senior United States District Judge

Date: June 7, 2011

---

[1] It should be emphasized that this Court has total respect for the separation-of-powers principles that vest sole power over such prosecutorial decisions in the office of the United States Attorney. But this Court would consider itself remiss if under the circumstances it did not make the views expressed here known, so that they might be considered in the exercise of prosecutorial discretion.